**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **CHARLIESE RIPPEY,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | **CIVIL ACTION NO. 4:10-cv-00937-Y** |
| **v.** | § | |
| | § | **JURY** |
| **CHASE HOME FINANCE, LLC,** | § | |
| | § | |
| **DEFENDANT.** | § | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Chase Home Finance LLC submits the following Rule 7.1 Disclosure Statement that identifies with regard to all non-governmental corporate parties, any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

1. Plaintiff: Charliese Rippey is an individual.

2. Defendant: Chase Home Finance LLC is a wholly-owned subsidiary of Chase Home Finance, Inc., which is a wholly-owned subsidiary of JPMorgan Chase Bank, N.A., which is a wholly-owned subsidiary of JPMorgan Chase & Co., a publicly traded company (trading symbol: JPM).

4. Counsel for Plaintiffs: J.B. Peacock, Jr. State Bar No. 15678500, Cynthia K. Shanklin, State Bar No. 24004914, and David M. Vereeke, State Bar No. 20547500, Gagnon, Peacock, Shanklin & Vereeke, P.C., 4245 N. Central Expressway, Suite 250, Lock Box 104, Dallas, Texas 75205, (214) 824-1414.

5. Counsel for Defendants: Wm. Lance Lewis, State Bar No. 12314560, and Jude T. Hickland, State Bar No. 24065416, Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas 75201, (214) 871-2100.

Respectfully submitted,


_/s/ Wm. Lance Lewis_
WM. LANCE LEWIS
State Bar No. 12314560
JUDE T. HICKLAND
State Bar No. 24065416
**QUILLING, SELANDER, LOWNDS,**
**WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
jhickland@qslwm.com

**ATTORNEYS FOR DEFENDANT**
**CHASE HOME FINANCE LLC**


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been furnished to counsel for Plaintiff, via certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, this 10th day of December, 2010.

J.B. Peacock, Jr.
Cynthia K. Shanklin
David M. Vereeke
GAGNON, PEACOCK, SHANKLIN & VEREEKE, P.C.
4245 North Central Expressway
Suite 250, Lock Box 104
Dallas, Texas 75205


_/s/ Wm. Lance Lewis_
Wm. Lance Lewis