IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHARLIESE RIPPEY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:10-CV-937-Y |
| | § | |
| CHASE HOME FINANCE, LLC | § | |

## ORDER REQUIRING CERTIFICATE OF INTERESTED PERSONS

On December 10, 2010, Defendant filed a Notice of Removal in the above-styled and -numbered cause. Local rule 81.1(a)(3)(D) requires that all removals be accompanied by a separately signed certificate of interested persons by all parties who removed the civil action.

Although **Plaintiff** did not remove this case, the Court concludes that she should also file a certificate of interested persons no later than **December 20, 2010**.

SIGNED December 13, 2010.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER REQUIRING COMPLIANCE WITH LOCAL RULE - Page Solo
TRM/be